# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE KENNETH SCHOPP, | § § § | |
| | § | Civil Action No. 4:16-CV-00128-ALM |
| v. | § | Judge Mazzant/Judge Johnson |
| | § | |
| FORA FINANCIAL HOLDINGS, LLC, | § § § | |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #27) jointly filed in this cause by Plaintiff George Kenneth Schopp ("Plaintiff") and Defendant Fora Financial Holdings, LLC ("Defendant") (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice and the agreement of the Parties expressed therein, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 15th day of November, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE